IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUST BORN, INC.,

    Plaintiff,

v.

LOCAL UNION NO. 6, BCTGM,

    Defendant.

CIVIL ACTION
NO. 16-5114

## ORDER

**AND NOW**, this 29th day of December, 2017, upon review of Defendant's Motion for Summary Judgment, Plaintiff's Cross-Motion for Summary Judgment, and all responses and replies, and after oral argument, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED**;
2. Plaintiff's Cross-Motion for Summary Judgment is **DENIED**;
3. Judgment is entered in favor of Defendant; and
4. The Clerk of Court shall close this case.

.

                                    **BY THE COURT:**

                                    **/s/ Jeffrey L. Schmehl**
                                    Jeffrey L. Schmehl, J.